Courtland MITCHELL, Petitioner

v.

WORKERS' COMPENSATION AP-
PEAL BOARD (CITY OF PITTS-
BURGH and UPMC Work Partners
Claims Management), Respondents.

Supreme Court of Pennsylvania.

Feb. 13, 2013.

### ORDER

PER CURIAM.

**AND NOW,** this 13th day of February 2013, the Motion to Quash is **GRANTED.** The Petition for Allowance of Appeal is **QUASHED.**